UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 11-4093 JSB |
| v. | ) |
| | ) |
| | ) |
| [1] MANILA VICHITVONGSA | ) |
| a/k/a MANEE, a/k/a NELLY | ) |
| | ) |
| [2] NICKLESS WHITSON | ) |
| | ) |
| [3] ANGELA WHITSON | ) |
| | ) |
| [4] JATAVIUS SANDER | ) |
| a/k/a POPS | ) |
| | ) |
| [5] SITHANA KEONOI | ) |
| a/k/a SANTANA | ) |
| | ) |
| [6] WILLIAM BLAKE BYRD | ) |
| | ) |
| [7] BETH KEONOI | ) |
| | ) |
| [8] JESSICA PARKER | ) |

## MOTION TO UNSEAL THE COMPLAINT/ AFFIDAVIT/ ARREST WARRANT

Comes now the United States and requests the complaint, affidavit and arrest warrant in this case be unsealed. All defendants are currently in custody.

Respectfully submitted,
JERRY E. MARTIN
United States Attorney for the
Middle District of Tennessee

_____
PHILIP H. WEHBY
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, TN 37203
615-736-5151


SO ORDERED: _____
JOHN S. BRYANT
United States Magistrate Judge